UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SANDRA LEE ) | |
|     Plaintiff(s) ) | |
| ) | |
| v. ) | Case No. 3:17-0500 |
| ) | Judge Crenshaw/Frensley |
| RUBIN LUBIN TN, PLLC, et al. ) | |
|     Defendant(s) ) | |

**O R D E R**

It appears that this action is related to another action, *William Kantz v. Bank of America N.A.,* case no. 3:17-0051, that has been filed in this Court. The earlier filed action is assigned to Judge Crenshaw and Judge Newbern.

Following consultation with Judge Newbern, the instant matter is transferred to Judge Newbern for all Magistrate Judge proceedings and responsibilities.

IT IS SO ORDERED.

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge