UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM E. KANTZ, JR, | ) | |
| Plaintiff, | ) | No. 3:17-cv-00051 |
| | ) | Removed from the Chancery |
| v. | ) | Court of Davidson County |
| | ) | |
| BANK OF AMERICA, NA | ) | Case No. 16-1322-II |
| Defendant. | ) | |

## SUPPLEMENT TO
## MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

Plaintiff, Sandra Lee, by and through counsel, moved this Court to reschedule the Case Management Conference presently set for May 8, 2017.

Counsel has conferred with opposing counsel and all are available on May 5, 2017 anytime from 10:00 A.M. to 11:30 A.M.

Therefore Mr. Kantz prays:

1. That this Court reset the case management conference to May 5, 2017 at a time convenient to the Court; and,

2. For whatever relief is equitable and just.

Respectfully submitted:

\_\_\_/s/\_\_James D. R. Roberts, Jr.\_\_
James D. R. Roberts, Jr, BPR# 017537
Brian I. Long, BPR# 32761
Creditor Law Center
Fmr. Roberts & Associates
1700 Hayes Street, Suite 201
Nashville, Tennessee 37203

(615) 242-2002 office
(615) 242-2042 facsimile
Jim.Roberts@CreditorLawCenter.com
www.CreditorLawCenter.com
Attorneys for William Kantz

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the forgoing motion has been sent by ECF to:

Ms. Heather Wright / Mr. Brian Epling
Bradly Arant Boult Cummings
1600 Division Street, Suite 700
Nashville, Tennessee 37203-0025

On this the April 19, 2017.

                                      ___/s/__James D. R. Roberts, Jr.__
                                      JAMES D. R. ROBERTS, JR.