UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SANDRA LEE, ) | |
|     PLAINTIFF, ) | |
| ) | |
|     v. ) | Case No. 17-cv-00500 |
| RUBIN LUBLIN TN, PLLC, and ) | |
| BANK OF AMERICA, NA, ) | |
|     DEFENDANTS. ) | |

## AMENDED
## MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

Plaintiff, Sandra Lee, by and through counsel, hereby moves this Court to reschedule the Case Management Conference presently set for May 8, 2017. In support of this request Counsel would state as follows:

1. That when Counsel received the case management order on or about April 4, 2017 he mistaken believed it was set for Friday, May 5, 2017. Counsel has scheduled a trip to Atlanta, Georgia for the weekend culminating in his niece's graduation from Emery University on Monday, May 8, 2017;

2. On April 17, 2017, Counsel realized the conflict and immediately contacted the Court's Clerk and was given alternative dates of May 4, 2017, at 10:00 AM, and anytime on May 5, 2017;

3. On April 17, 2017, Counsel promptly forwarded these dates to the Defendant's counsel. (Exhibit A);

4. On April 18, 2017, Counsel again followed up on the alternative dates. Defendant's counsel Ms. Wright responded indicating she had a trial the week of May 8, 2017,

but strangely wanted the conference moved forward instead of backward. (Exhibit B). Ms. Wright further indicated Mr. Epling was not in the office and she would get back with me then;

     5.     Counsel, not wanting to appear dilatory in his efforts, files this motion to advise the Court of his conflict and prays for consideration of his circumstances.

Therefore Mr. Kantz prays:

     1.     That this Court move the case management; and,

     2.     For whatever relief is equitable and just.

Respectfully submitted:

___/s/__James D. R. Roberts, Jr.__
James D. R. Roberts, Jr, BPR# 017537
Brian I. Long, BPR# 32761
Creditor Law Center
Fmr. Roberts & Associates
1700 Hayes Street, Suite 201
Nashville, Tennessee 37203
(615) 242-2002 office
(615) 242-2042 facsimile
Jim.Roberts@CreditorLawCenter.com
www. CreditorLawCenter.com
Attorneys for William Kantz

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the forgoing motion has been sent by ECF to:

Ms. Heather Wright
Bradly Arant Boult Cummings
1600 Division Street, Suite 700
Nashville, Tennessee 37203-0025

H. Buckley Cole
HALL BOOTH SMITH P.C.
Fifth Third Center
424 Church Street, Suite 2950
Nashville, Tennessee 37219

On this the April 19, 2017.

             ___/s/__James D. R. Roberts, Jr.__
             JAMES D. R. ROBERTS, JR.