UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SANDRA LEE, )<br>    PLAINTIFF, )<br> )<br>  v. )<br>RUBIN LUBLIN TN, PLLC, and )<br>BANK OF AMERICA, NA, )<br>    DEFENDANTS. ) | Case No. 17-cv-00500 |

**AMENDED**
**SUPPLEMENT TO**
**MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Plaintiff, Sandra Lee, by and through counsel, moved this Court to reschedule the Case Management Conference presently set for May 8, 2017.

Counsel has conferred with opposing counsel and all are available on May 5, 2017 anytime from 10:00 A.M. to 11:30 A.M.

Counsel conferred with the Court clerk and was advised to request the conference set reset to May 5, 2017 at 10:00 A.M.

Therefore Mr. Kantz prays:

1.    That this Court reset the case management conference to May 5, 2017 at 10:00 A.M.; and,

2.    For whatever relief is equitable and just.

Respectfully submitted:

\_\_\_/s/\_\_James D. R. Roberts, Jr.\_\_
James D. R. Roberts, Jr, BPR# 017537
Brian I. Long, BPR# 32761

Creditor Law Center
Fmr. Roberts & Associates
1700 Hayes Street, Suite 201
Nashville, Tennessee 37203
(615) 242-2002 office
(615) 242-2042 facsimile
Jim.Roberts@CreditorLawCenter.com
www. CreditorLawCenter.com
Attorneys for William Kantz

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the forgoing motion has been sent by ECF to:

Ms. Heather Wright / Mr. Brian Epling
Bradly Arant Boult Cummings
1600 Division Street, Suite 700
Nashville, Tennessee 37203-0025


H. Buckley Cole
Hall Booth Smith, P.C.
Fifth Third Center
424 Church Street, Suite 2950
Nashville, Tennessee 37219


On this the April 19, 2017.

                                        ___/s/__James D. R. Roberts, Jr.__
                                        JAMES D. R. ROBERTS, JR.