UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SANDRA LEE, ) | |
|     PLAINTIFF, ) | |
| ) | |
|   v. ) | Case No. 17-cv-00500 |
| RUBIN LUBLIN TN, PLLC, and ) | |
| BANK OF AMERICA, NA, ) | |
|     DEFENDANTS. ) | |

## SECOND
## MOTION TO RESET CASE MANAGEMENT CONFERENCE

Plaintiff, Sandra Lee, by and through counsel, hereby moves this Court to reschedule the Case Management Conference presently reset to May 24, 2017. In support of this request Counsel would state as follows:

1. There is a motion pending in the Kantz v Freddie Mac matter (Case no. 15-0932, Doc. 227, ID 2869-2870) to set by agreement a case management / status conference for May 5, 2017 at 2:00 P.M. Two of the law firms attending are the only counsel in Ms. Lee's case. Both Mr. Kantz and Ms. Lee's matters are before this Honorable Court, and the Defendants have asserted in open court the matters should be consolidated. Ms. Lee would assert it is in the interest of all parties and judicial economy to set her matter at the same time.

Therefore Ms. Lee prays:

1. That this Court move the case management from May 24, 2017 to May 5, 2017 at 2:00 P.M. or immediately after the case Management confer3ecenin in Kantz v Freddie Mac; and,

2. For whatever relief is equitable and just.

Respectfully submitted:

   /s/__James D. R. Roberts, Jr.__
James D. R. Roberts, Jr, BPR# 017537
Brian I. Long, BPR# 32761
Creditor Law Center
Fmr. Roberts & Associates
1700 Hayes Street, Suite 201
Nashville, Tennessee 37203
(615) 242-2002 office
(615) 242-2042 facsimile
Jim.Roberts@CreditorLawCenter.com
www. CreditorLawCenter.com
Attorneys for William Kantz

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the forgoing motion has been sent by ECF to:

Ms. Heather Wright / Mr. Brian Epling
Bradly Arant Boult Cummings
1600 Division Street, Suite 700
Nashville, Tennessee 37203-0025


On this the 1st day of May, 2017.

                          ___/s/__James D. R. Roberts, Jr.__
                          JAMES D. R. ROBERTS, JR.